(Reported below: 73 Fed. Appx. 82);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 82);
(73 Fed. Appx. 81);
(73 Fed. Appx. 82);
(73 Fed. Appx. 82);
(73 Fed. Appx. 81);
(73 Fed. Appx. 82);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 82);
(73 Fed. Appx. 82);
(73 Fed. Appx. 81);
(73 Fed. Appx. 82);
(73 Fed. Appx. 83);
(73 Fed. Appx. 81);
(73 Fed. Appx. 82). C. A. 5th Cir. Certiorari'denied.